## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS


**EDWARD A. BANKS,**
**#11034-025,**

**Petitioner,**

    **vs.**                                 **Case No. 17-cv-606-DRH**

**UNITED STATES OF AMERICA,**

**Respondent.**


### JUDGMENT

**Herndon, District Judge:**

This action came before the Court for preliminary consideration of Petitioner's

application for writ of habeas corpus.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the Petition for writ of habeas corpus is

summarily dismissed without prejudice for lack of jurisdiction.


By: **s/ Tammy McMannis**
Deputy Clerk


**DATE: June 12, 2017**


By: **s/ David R. Herndon**
United States District Judge